IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HYDRATION STATION USA FRANCHISE SYSTEM, LLC and VIDA-FLO USA FULFILLMENT LLC,<br><br>      Plaintiffs,<br>v.<br><br>JARED CHRISTIAN SEAVERNS, *et al.*,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO.: 1:19-cv-5192-LLM |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF MICHAEL GAYLE, VIDA FLO ALABAMA, LLC AND HOLISTIC HYDRATION ORGANIZATION, LLC**

(1)   The undersigned counsel of record for a party to this action certifies that, to the best of counsel's knowledge, the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a party:

    a.    Hydration Station USA Franchise System, LLC

    b.    Vida-Flo USA Fulfillment, LLC

    c.    Jared Christian Seaverns

    d.    Ryan Heavern

    e.    Eva Schubertova

    f.    Brett McCullough

    g.    Brian McCullough

h. Michael Gayle

i. Matthew Raulston

j. Shawn Fobas

k. Matthew Borah

l. Jason Trembly

m. Peter Park

n. Lauren Kaufman

o. Brett Snellgrove

p. Derrick Purdy

q. Jonathan Frost

r. Brendan Joseph Doucette

s. Timothy Nowak

t. Vida Flo Alabama, LLC

u. Crismson & Red Holdings, LLC

v. HydraLife Sandy Springs, LLC

w. HydraLife Highlands, LLC

x. Hydralife Buckhead, LLC

y. REVA Investments, LLC

z. Flo West, LLC

aa. Holistic Hydration Organization, LLC

      bb.    Vida-Flo Louisiana, L.L.C.

      cc.    Geaux Fleaux, LLC

      dd.    Moose, LLC

      ee.    The Whydrate Group, Inc.

      ff.    WHydrate Fulfillment Group, Inc.

(2) The undersigned counsel further certifies that, to the best of counsel's knowledge, the following is a full and complete list of all other persons, associations, firms, partnership, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      a.    Keith McDermott

      b.    Steve Shamatta

      c.    David Rocconi

      d.    Angela Rocconi

      e.    Greggory Flippo

      f.    Garrett Osborn

(3) The undersigned counsel further certifies that, to the best of counsel's knowledge, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

For Plaintiffs:

    a.    Ramsey Knowles of Knowles Gallant LLC

    b.    Jared Hodges of Knowles Gallant LLC

For Defendants:

    a.    Bryan M. Knight of Knight Palmer, LLC

    b.    Sherri G. Buda of Knight Palmer, LLC

    c.    Jonathan Sparks of Sparks Law LLC

    d.    Jason Bell of Smith Gambrell & Russell, LLP

    e.    Sasha Greenberg of Smith Gambrell & Russell, LLC

    f.    Michael J. Douglas of Leak, Douglas & Morano, PC

    g.    Joe Leak of Leak, Douglas & Morano PC

Respectfully submitted this 30th day of April, 2020.

/s/ Bryan M. Knight
Bryan M. Knight, Esq.
Georgia Bar No. 142401
Sherri G. Buda, Esq.
Georgia Bar No. 093399
KNIGHT PALMER, LLC
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
Tel: (404) 228-4822
Fax: (404) 228-4821
bknight@knightpalmerlaw.com
sbuda@knightpalmerlaw.com

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULES AND SERVICE

In accordance with Local Rule 7.1(D), I hereby certify that the foregoing was prepared in Times New Roman, 14 point font, one of the fonts specified in Local Rule 5.1(C). I also hereby certify that I have served the foregoing by filing through the Court's CM/ECF system, which will automatically send email notification all attorneys of record.

This 30th day of April, 2020.

/s/ Bryan Knight
Bryan M. Knight
Georgia Bar No. 142401