## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HYDRATION STATION USA FRANCHISE SYSTEM, LLC and VIDA-FLO USE FULFILLMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JARED CHRISTIAN SEAVERNS, *et al.*,<br><br>Defendants. | Civil Action No.:<br>1:19-cv-5192-LMM |

## MICHAEL GAYLE, VIDA FLO ALABAMA, LLC, AND HOLISTIC HYDRATION ORGANIZATION, LLC's STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE

Pursuant to Northern District of Georgia Local Rule 56.1(B)(2), Michael Gayle ("Gayle"), Vida Flo Alabama, LLC ("VF Alabama"), and Holistic Hydration Organization, LLC ("HHO," together with Gayle and VF Alabama, "Moving Defendants") hereby file this Statement of Material Facts as to Which There is No Genuine Issue to Be Tried, respectfully showing the Court that the following facts are not reasonably in dispute:

1. The United States intravenous ("IV") hydration center industry is a $1.6 billion dollar a year. (Ex. A at Ex. 4 thereto, pp. 2, 3.)[1]

2. Historically, IV hydration centers provided outpatient medical treatments. (*Id.* p. 5.)

3. Recent growth in the IV hydration industry has come from spa-like facilities that market the treatments for things like improved athletic performance, beauty, and overall wellness. (*Id.*) In 2021, there were over 500 IV hydration centers in the United States. (*Id*. p. 6.)

4. Plaintiffs are related entities founded by Keith McDermott ("McDermott"). (Ex. B, 35:17-19, 59:15-20, 60:19-22.)

5. Hydration Station USA Franchise System, LLC ("Vida Flo") franchises IV hydration clinics that do business under Vida Flo trade name. (Dkt. No. 486 ¶ 26.)

6. Vida-Flo USA Fulfillment, LLC ("Fulfillment") purchases supplies for resale to franchisees. (Ex. B, 61:17-24.)

---

[1] Exhibits A through F referenced herein refer to the exhibits attached to Moving Defendants' Brief in Support of Partial Motion for Summary Judgment filed concurrently herewith.

7. Michael Gayle is a member of VF Alabama, which previously owned a Vida Flo franchise in the Birmingham, Alabama area. (Dkt. No. 486 ¶ 16.)

8. He is also a member of HHO which operated an IV hydration business in Birmingham after VF Alabama no longer operated. (*Id.*)

9. Before Vida Flo began franchising, there were two corporate Vida Flo stores, one each in Buckhead and Brookhaven, Georgia. (Ex. B, 38:2-39:12, 41:4-7.)

10. The first Vida Flo franchise, Flo West, signed a franchise agreement in 2015. (Ex. B at 104:20-55.)

11. VF Alabama executed a franchise agreement with Vida Flo in May 2016. (Dkt. No. 483-3.)

12. By the end of 2017, Vida Flo had franchises in Breckenridge, Colorado, Charleston, South Carolina,[2] Birmingham, Alabama, Baton Rouge Louisiana, Chattanooga, Tennessee, Nashville, Tennessee, Kennesaw, Georgia, and two in metro-Atlanta. (Dkt. No. 486 ¶ 24, Ex. B, 105:16-106:2; 117:9-20.)

13. During 2017, Vida Flo franchisees learned that Fulfillment was significantly overcharging them for supplies. (Ex. D, 92:12-93:20.)

---

[2] The Charleston franchise was terminated in or about 2016, and different franchisee opened a clinic in Charleston in 2017. (Ex. B, 117:24-118:3, Ex. F 80:21-25.)

14. In September 2017, McDermott announced that, due to a nationwide shortage, Fulfillment would be charging $85 per case for lactated ringer. (Ex. C, 32:11-34:23.)

15. During September 2017, one or more franchisees found lactated ringer available for purchase for less than $43 per case. (Ex. E, 93:1-94:3.)

16. McDermott admitted Fulfillment had overcharged for multiple products. (Ex. B, 46:3-47:19.)

17. McDermott admitted the overpricing issues led franchisees to distrust Vida Flo. (Ex. C, 184:1-8.)

18. In November 2017, members of VF Alabama and Vida Flo Louisiana, LLC sent Vida Flo investors a letter expressing their concerns with McDermott's management and their fear that the system would suffer if McDermott was not replaced as CEO. (Dkt. No. 1-10.)

19. Vida Flo had eight franchisees at the beginning of 2018. (Ex. C at Ex. 106 p. 36.)

20. Vida Flo did not add any franchises in 2018 and, in fact, lost a franchise that year. (*Id.*)

21. By the end of 2019, six of the seven franchisees that existed at the beginning of the year, including VF Alabama, were no longer part of the Vida Flo system. (*Id.* at 37.)

22. In 2017, the country had approximately 551 intravenous hydration centers owned by 413 separate entities. (Ex. A at Ex. 4, p. 6.)

23. At the end of 2019, there were 600 IV hydration centers in the United States operated by 482 entities. (*Id.*)

24. The number of competitors in the United States IV hydration center industry continued to grow in 2020. (*Id.*)

25. After VF Alabama stopped operating, HHO opened an IV hydration clinic at VF Alabama's former location. (Dkt. 486 ¶ 16.)

26. VF Alabama never entered into an amendment of its Vida Flo franchise agreement. (Declaration of Michael Gayle ¶ 6.)

Respectfully submitted this 30th day of April, 2023.

/s/ Bryan M. Knight
Bryan M. Knight, Esq.
Georgia Bar No. 142401
Sherri G. Buda, Esq.
Georgia Bar No. 093399
KNIGHT PALMER, LLC
One Midtown Plaza
1360 Peachtree Street, Suite 1201

                                                                              Atlanta, Georgia 30309
Tel: (404) 228-4822
Fax: (404) 228-4821
bknight@knightpalmerlaw.com
sbuda@knightpalmerlaw.com

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULES AND SERVICE

In accordance with Local Rule 7.1(D), I hereby certify that the foregoing was prepared in Times New Roman, 14-point font, one of the fonts specified in Local Rule 5.1(C). I also hereby certify that I have served the foregoing by filing through the Court's CM/ECF system, which will automatically send email notification all attorneys of record.

This 30th day of April, 2023.

/s/ Sherri G. Buda
Sherri G. Buda
Georgia Bar No. 093399