IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HYDRATION STATION USA FRANCHISE SYSTEM, LLC and VIDA-FLO USA FULFILLMENT, LLC, <br><br> Plaintiffs, <br> v. <br><br> RYAN HEAVERN, BRETT MCCULLOUGH, BRIAN MCCULLOUGH, MICHAEL GAYLE, DERRICK PURDY, VIDA FLO ALABAMA, LLC, FLO WEST, LLC, HOLISTIC HYDRATION ORGANIZATION, LLC, VIDA-FLO LOUISIANA, L.L.C., and GEAUX FLEAUX, LLC, <br><br> Defendants. | Civil Action <br><br> File No.: <br><br> 1:19-cv-05192-LMM |

**DECLARATION OF MICHAEL GAYLE IN SUPPORT OF MOVING DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

I, Michael Gayle, declare as follows:

1. The following facts are of my own personal knowledge.

2. I was a member of Vida Flo Alabama, LLC which previously owned a Vida Flo franchise in Birmingham, Alabama.

3. I am a member of Holistic Hydration Organization, LLC, which operated an IV hydration business in Birmingham after VF Alabama no longer operated.

4. Holistic Hydration no longer operates an IV hydration business in Birmingham, Alabama or anywhere else. Holistic Hydration closed December 31, 2021.

5. I no longer operate an IV hydration business, nor am I a member of any organization that operates an IV hydration business.

6. VF Alabama never entered into an Amendment to Franchise Agreement with Plaintiffs.

Pursuant to 28 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing declaration is true and correct and is based on my first-hand knowledge.

Signed this 29th day of April, 2023.

_____
Michael Gayle