# EXHIBIT A

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
 2                  ATLANTA DIVISION
 3  HYDRATION STATION US
    FRANCHISE SYSTEM, LLC
 4  et al.,
             Plaintiff,     CASE NO.
 5
        vs.                 1:19-cv-05192-LMM
 6
    JARED CHRISTIAN
 7  SEAVERNS et al.,
             Defendants.
 8
                           - - -
 9
          Deposition of KEVIN PAGE COUILLARD, ASA,CFA
10
                Taken by Sherri G. Buda,
11
                Before Jennifer D. Hamon,
12              Certified Court Reporter,
13         At the Law Offices of Poole Huffman,
                    Tucker, Georgia,
14
                On Thursday, April 21, 2022,
15    Beginning at 10:20 a.m. and ending at 7:10 p.m.
16                         - - -
17
18
19
20
21
22
23
24
25
```



**Exhibit
AL/LA  - 4**
4/21/2022
Kevin Couillard

US INDUSTRY SPOTLIGHT REPORT OD6337

# Intravenous (IV) Hydration Centers in the US

Jack Curran  |  May 2021

_____

Case 1:19-cv-05192-LMM   Document 514-3   Filed 04/30/23   Page 4 of 19

# About This Industry

**Industry Definition**  Operators in this industry provide antibiotics, hydration fluids or vitamins through intravenous (IV) devices.

**Main Activities**  **The primary activities of this industry are:**

Providing emergency healthcare

Providing routine healthcare

## SIMILAR INDUSTRIES

Pharmacies & Drug Stores in the US


Emergency & Other Outpatient Care Centers in the US


Hospitals in the US

Hair & Nail Salons in the US

# Industry at a Glance

## Key Statistics


**$1.6bn**
Revenue

| Annual Growth 2016–2021 | Annual Growth 2021–2026 | Annual Growth 2016–2026 |
|---|---|---|
| 4.5% | 2.3% | |

**$177.1m**
Profit

| Annual Growth 2016–2021 | Annual Growth 2016–2021 |
|---|---|
| -0.9% | |

**10.8%**
Profit Margin

| Annual Growth 2016–2021 | Annual Growth 2016–2021 |
|---|---|
| -3.3pp | |

**505**
Businesses

| Annual Growth 2016–2021 | Annual Growth 2021–2026 | Annual Growth 2016–2026 |
|---|---|---|
| 5.5% | 4.0% | |


**9,540**
Employment

| Annual Growth 2016–2021 | Annual Growth 2021–2026 | Annual Growth 2016–2026 |
|---|---|---|
| 7.3% | 3.2% | |

**$564.3m**
Wages

| Annual Growth 2016–2021 | Annual Growth 2021–2026 | Annual Growth 2016–2026 |
|---|---|---|
| 7.1% | 3.0% | |

## Products & Services Segmentation


29.7%
IV medicine


23.0%
Non-medical hydration fluid


47.3%
Medical hydration fluid



## Industry Structure

**POSITIVE IMPACT**

| Life Cycle | Capital Intensity |
|---|---|
| Growth | Low |
| Concentration | Industry Globalization |
| Low | Low / Steady |

**MIXED IMPACT**

| Revenue Volatility | Industry Assistance |
|---|---|
| Medium | Medium / Steady |
| Technology Change | Barriers to Entry |
| Medium | Medium / Steady |
| Competition | |
| Medium / Steady | |

**NEGATIVE IMPACT**

Regulation & Policy
Heavy / Steady

# Industry Performance



Key External Drivers 2013–2026

Intravenous (IV) Hydration Centers
Source: IBISWorld

**Key External Drivers**

**Number of people with private health insurance**

The number of people with private health insurance measures the number of people with access to health insurance provided by private companies. This coverage mainly includes employer-sponsored health insurance. When private insurance enrollment increases, people are more likely to be able to pay for outpatient infusion therapy. In 2021, the number of people with private health insurance is expected to decline, posing a potential threat to the industry.

**Per capita disposable income**

Per capita disposable income measures the amount of money the average person has after paying for necessities. Intravenous (IV) bars do not often accept insurance and are mainly seen as a luxury, so disposable income plays an important role in determining demand for industry services. In 2021, per capita disposable income is expected to rise, representing a potential opportunity for the industry.

**Federal funding for Medicare and Medicaid**

Federal funding for Medicare and Medicaid represents demand from people with government insurance. Many patients in need of medically necessary infusion therapy pay for their care with government insurance. As a result, when this funding increases, so does industry revenue. In 2021, federal funding for Medicare and Medicaid is expected to increase.

**Number of adults aged 65 and older**

IV medication is often prescribed to elderly people with chronic health conditions. Many health conditions are age-related, so demand is often high from the elderly population. As a result, when the elderly population increases, so does demand for industry services. In 2021, the number of adults aged 65 and older is expected to increase.

Industry Performance 2013–2026



Intravenous (IV) Hydration Centers
Source: IBISWorld

## Current Performance

**COMPETITION**

**The Intravenous (IV) Hydration Centers industry includes outpatient facilities that provide nutrients, antibiotics, electrolytes and other medicines through infusion therapy.**

The industry has historically competed with hospitals and other healthcare facilities that provide outpatient care. Additionally, the industry has experienced competition from the advancement of at-home IV equipment. As IV medication has become safer and more user-friendly, demand for traditional outpatient infusion therapy facilities has declined.

**DRIP BARS**

**In 2015, IV hydration facilities emerged as a new segment of outpatient care.**

Hydration facilities, often referred to as drip bars or IV bars, provide patients with electrolytes and nutrients through IV solutions. These facilities are marketed as regular spa and beauty treatments, long term health boosters, hangover remedies and treatments for jet lag. While the healthcare benefits of hydration therapy have been questioned by some medical experts, IV bars have become increasingly popular among people with high disposable income levels, including celebrities and social media influencers. The growth of this segment has led to strong revenue growth for the industry over the five years to 2021.

**PANDEMIC LIMITATIONS**

**The industry is expected to grow over the five years to 2021, and while IV bars have created growth opportunities for outpatient facilities, the COVID-19 (coronavirus) pandemic has especially affected this industry.**

Despite demand for medically necessary outpatient infusion therapies not being significantly limited by the pandemic, restrictions on in-person services and nonessential healthcare caused industry revenue to fall in 2020. However, as the pandemic slowly passes, demand for nonessential industry services is expected to grow. As a result, industry revenue is anticipated to grow at an annualized rate of 4.5% to $1.6 billion over the five years to 2021.

## Historical Performance Data

| Year | Revenue ($m) | IVA ($m) | Establishments (Units) | Enterprises (Units) | Employment (Units) | Exports ($m) | Imports ($m) | Wages ($m) | Domestic Demand ($m) | Number of adults aged 65 and older (Million people) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 1,068 | 620 | 479 | 380 | 8,037 | N/A | N/A | 480 | N/A | 43.1 |
| 2013 | 1,083 | 615 | 485 | 378 | 7,784 | N/A | N/A | 448 | N/A | 44.6 |
| 2014 | 1,073 | 535 | 438 | 357 | 6,128 | N/A | N/A | 352 | N/A | 46.2 |
| 2015 | 1,144 | 557 | 452 | 369 | 6,374 | N/A | N/A | 378 | N/A | 47.7 |
| 2016 | 1,316 | 618 | 471 | 386 | 6,718 | N/A | N/A | 401 | N/A | 49.2 |
| 2017 | 1,460 | 675 | 511 | 413 | 8,185 | N/A | N/A | 470 | N/A | 50.8 |
| 2018 | 1,595 | 747 | 577 | 463 | 9,011 | N/A | N/A | 536 | N/A | 52.4 |
| 2019 | 1,633 | 766 | 600 | 482 | 9,318 | N/A | N/A | 553 | N/A | 54.1 |
| 2020 | 1,600 | 720 | 608 | 489 | 9,284 | N/A | N/A | 550 | N/A | 55.1 |
| 2021 | 1,639 | 776 | 626 | 505 | 9,540 | N/A | N/A | 564 | N/A | 56.9 |

# Industry Outlook

**Outlook**

**POST COVID-19**

**Over the five years to 2026, the Intravenous (IV) Hydration Centers industry is expected to grow steadily.**

After a brief decline during the COVID-19 (coronavirus) pandemic, industry revenue will likely grow as IV bars become increasingly popular. This growing popularity is likely to be driven by increasing attention from celebrities and other affluent people, as well as rising interest in health and wellness in a postpandemic era. Additionally, as the economy recovers moving forward, disposable income levels are expected to increase, making it easier for potential patients to try IV hydration services. As a result, industry revenue is expected to increase at an annualized rate of 2.3% to $1.8 billion over the five years to 2026.

**OPPORTUNITIES**

**As the industry grows during the outlook period, industry operators are likely to take advantage of growth opportunities.**

For example, as demand grows and industry profit remains high, new companies are likely to enter the industry, causing the number of enterprises to increase an annualized 4.0% to 613 operators over the five years to 2026. Meanwhile, with more entrants and rising competition, IV hydration facilities are likely to expand their operations and begin offering new services. As a relatively new type of business, IV bars have the potential for innovation and technological advancement over the next five years.

## Performance Outlook Data

| Year | Revenue ($m) | IVA ($m) | Establishments (Units) | Enterprises (Units) | Employment (Units) | Exports ($m) | Imports ($m) | Wages ($m) | Domestic Demand ($m) | Number of adults aged 65 and older (Million people) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 1,639 | 776 | 626 | 505 | 9,540 | N/A | N/A | 564 | N/A | 56.9 |
| 2022 | 1,669 | 795 | 651 | 525 | 9,845 | N/A | N/A | 581 | N/A | 58.7 |
| 2023 | 1,704 | 817 | 677 | 547 | 10,180 | N/A | N/A | 599 | N/A | 60.5 |
| 2024 | 1,739 | 838 | 705 | 570 | 10,519 | N/A | N/A | 617 | N/A | 62.3 |
| 2025 | 1,799 | 868 | 735 | 594 | 10,904 | N/A | N/A | 640 | N/A | 64.1 |
| 2026 | 1,840 | 888 | 757 | 613 | 11,178 | N/A | N/A | 656 | N/A | 65.9 |
| 2027 | 1,877 | 907 | 778 | 630 | 11,435 | N/A | N/A | 670 | N/A | 67.5 |

**Industry Life Cycle**

The life cycle stage of this industry is ⊘ **Growth**

LIFE CYCLE REASONS

**IVA is expected to grow at a faster rate than US GDP over the 10 years to 2026**

**The number of industry operators is expected to increase**

**Technology plays an increasingly important role in the industry**



Indicative Industry Life Cycle

Intravenous (IV) Hydration Centers
Source: IBISWorld

# Products & Markets

**Products & Services**



**Major Markets**



# Competitive Landscape

| | |
|---|---|
| **Market Share Concentration** | **Concentration in this industry is** ⊘ **Low** |
| **Key Success Factors** | IBISWorld identifies 250 Key Success Factors for a business. The most important for this industry are: |

**Proximity to key markets:**
Industry companies benefit from operating in areas with a higher disposable income levels.

**Access to highly skilled workforce:**
Intravenous hydration centers need skilled nurses to administer patient care.

**Effective cost controls:**
Industry companies must keep purchase and labor costs from growing significantly.

**Having contacts within key markets:**
Industry companies can benefit from having relationships with other healthcare providers.

**Cost Structure Benchmarks**



**PROFIT**

The average industry profit margin has declined over the five years to 2021 as competition and regulation have increased.

**WAGES**

Labor accounts for the largest cost in the industry because intravenous hydration centers require skilled employees.

**PURCHASES**

Purchases include the cost of intravenous solutions, syringes and other consumable medical supplies.

| | |
|---|---|
| **Basis of Competition** | **Competition in this industry is** ⊖ **Medium** **and the trend is Steady** |
| **Barriers to Entry** | **Barriers to Entry in this industry are** ⊖ **Medium** **and the trend is Steady** |

# Operating Conditions

| | | | | |
|---|---|---|---|---|
| **Capital Intensity** | The level of capital intensity is ⊘ **Low** | | | |
| **Technology & Systems** | The level of technology change is ⊖ **Medium** | | | |

Potential Disruptive Innovation: Factors Driving Threat of Change

| Level | Factor | Disruptive Effect | Description |
|---|---|---|---|
| ⊘ Low | Rate of Innovation | Unlikely | A ranked measure for the number of patents assigned to an industry. A faster rate of new patent additions to the industry increases the likelihood of a disruptive innovation occurring. |
| ⊘ Low | Innovation Concentration | Unlikely | A measure for the mix of patent classes assigned to the industry. A greater concentration of patents in one area increases the likelihood of technological disruption of incumbent operators. |
| ⊖ Medium | Ease of Entry | Potential | A qualitative measure of barriers to entry. Fewer barriers to entry increases the likelihood that new entrants can disrupt incumbents by putting new technologies to use. |
| ⚠ Very High | Rate of Entry | Very Likely | Annualized growth in the number of enterprises in the industry, ranked against all other industries. A greater intensity of companies entering an industry increases the pool of potential disruptors. |
| ⊘ Low | Market Concentration | Unlikely | A ranked measure of the largest core market for the industry. Concentrated core markets present a low-end market or new market entry point for disruptive technologies to capture market share. |

| | |
|---|---|
| **Revenue Volatility** | The level of volatility is ⊖ **Medium** |
| **Regulation & Policy** | The level of regulation is ⚠ **Heavy** and the trend is Steady |
| **Industry Assistance** | The level of industry assistance is ⊖ **Medium** and the trend is Steady |

# Key Statistics

## Industry Data

| Year | Revenue ($m) | IVA ($m) | Establishments (Units) | Enterprises (Units) | Employment (Units) | Exports ($m) | Imports ($m) | Wages ($m) | Domestic Demand ($m) | Number of adults aged 65 and older (Million people) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 1,068 | 620 | 479 | 380 | 8,037 | N/A | N/A | 480 | N/A | 43.1 |
| 2013 | 1,083 | 615 | 485 | 378 | 7,784 | N/A | N/A | 448 | N/A | 44.6 |
| 2014 | 1,073 | 535 | 438 | 357 | 6,128 | N/A | N/A | 352 | N/A | 46.2 |
| 2015 | 1,144 | 557 | 452 | 369 | 6,374 | N/A | N/A | 378 | N/A | 47.7 |
| 2016 | 1,316 | 618 | 471 | 386 | 6,718 | N/A | N/A | 401 | N/A | 49.2 |
| 2017 | 1,460 | 675 | 511 | 413 | 8,185 | N/A | N/A | 470 | N/A | 50.8 |
| 2018 | 1,595 | 747 | 577 | 463 | 9,011 | N/A | N/A | 536 | N/A | 52.4 |
| 2019 | 1,633 | 766 | 600 | 482 | 9,318 | N/A | N/A | 553 | N/A | 54.1 |
| 2020 | 1,600 | 720 | 608 | 489 | 9,284 | N/A | N/A | 550 | N/A | 55.1 |
| 2021 | 1,639 | 776 | 626 | 505 | 9,540 | N/A | N/A | 564 | N/A | 56.9 |
| 2022 | 1,669 | 795 | 651 | 525 | 9,845 | N/A | N/A | 581 | N/A | 58.7 |
| 2023 | 1,704 | 817 | 677 | 547 | 10,180 | N/A | N/A | 599 | N/A | 60.5 |
| 2024 | 1,739 | 838 | 705 | 570 | 10,519 | N/A | N/A | 617 | N/A | 62.3 |
| 2025 | 1,799 | 868 | 735 | 594 | 10,904 | N/A | N/A | 640 | N/A | 64.1 |
| 2026 | 1,840 | 888 | 757 | 613 | 11,178 | N/A | N/A | 656 | N/A | 65.9 |

## Annual Change

| Year | Revenue (%) | IVA (%) | Establishments (%) | Enterprises (%) | Employment (%) | Exports (%) | Imports (%) | Wages (%) | Domestic Demand (%) | Number of adults aged 65 and older (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 3.12 | 19.7 | 14.9 | 18.0 | 24.7 | N/A | N/A | 28.4 | N/A | 4.30 |
| 2013 | 1.41 | -0.81 | 1.25 | -0.53 | -3.15 | N/A | N/A | -6.63 | N/A | 3.47 |
| 2014 | -0.93 | -13.0 | -9.70 | -5.56 | -21.3 | N/A | N/A | -21.5 | N/A | 3.42 |
| 2015 | 6.59 | 4.10 | 3.19 | 3.36 | 4.01 | N/A | N/A | 7.32 | N/A | 3.23 |
| 2016 | 15.1 | 10.9 | 4.20 | 4.60 | 5.39 | N/A | N/A | 6.19 | N/A | 3.25 |
| 2017 | 10.9 | 9.07 | 8.49 | 6.99 | 21.8 | N/A | N/A | 17.2 | N/A | 3.15 |
| 2018 | 9.25 | 10.7 | 12.9 | 12.1 | 10.1 | N/A | N/A | 14.0 | N/A | 3.18 |
| 2019 | 2.37 | 2.62 | 3.98 | 4.10 | 3.40 | N/A | N/A | 3.20 | N/A | 3.22 |
| 2020 | -2.00 | -6.03 | 1.33 | 1.45 | -0.37 | N/A | N/A | -0.69 | N/A | 1.90 |
| 2021 | 2.46 | 7.81 | 2.96 | 3.27 | 2.75 | N/A | N/A | 2.69 | N/A | 3.19 |
| 2022 | 1.78 | 2.42 | 3.99 | 3.96 | 3.19 | N/A | N/A | 2.90 | N/A | 3.23 |
| 2023 | 2.10 | 2.79 | 3.99 | 4.19 | 3.40 | N/A | N/A | 3.13 | N/A | 3.09 |
| 2024 | 2.09 | 2.53 | 4.13 | 4.20 | 3.33 | N/A | N/A | 3.08 | N/A | 2.92 |
| 2025 | 3.44 | 3.55 | 4.25 | 4.21 | 3.66 | N/A | N/A | 3.61 | N/A | 2.95 |
| 2026 | 2.26 | 2.33 | 2.99 | 3.19 | 2.51 | N/A | N/A | 2.46 | N/A | 2.71 |

## Key Ratios

| Year | IVA/Revenue (%) | Imports/Demand (%) | Exports/Revenue (%) | Revenue per Employee ($'000) | Wages/Revenue (%) | Employees per estab. (Units) | Average Wage ($) |
|---|---|---|---|---|---|---|---|
| 2012 | 58.1 | N/A | N/A | 133 | 45.0 | 16.8 | 59,736 |
| 2013 | 56.8 | N/A | N/A | 139 | 41.4 | 16.0 | 57,592 |
| 2014 | 49.9 | N/A | N/A | 175 | 32.8 | 14.0 | 57,441 |
| 2015 | 48.7 | N/A | N/A | 179 | 33.0 | 14.1 | 59,272 |
| 2016 | 47.0 | N/A | N/A | 196 | 30.5 | 14.3 | 59,720 |
| 2017 | 46.2 | N/A | N/A | 178 | 32.2 | 16.0 | 57,434 |
| 2018 | 46.8 | N/A | N/A | 177 | 33.6 | 15.6 | 59,494 |
| 2019 | 46.9 | N/A | N/A | 175 | 33.9 | 15.5 | 59,380 |
| 2020 | 45.0 | N/A | N/A | 172 | 34.3 | 15.3 | 59,188 |
| 2021 | 47.4 | N/A | N/A | 172 | 34.4 | 15.2 | 59,151 |
| 2022 | 47.7 | N/A | N/A | 169 | 34.8 | 15.1 | 58,984 |
| 2023 | 48.0 | N/A | N/A | 167 | 35.2 | 15.0 | 58,831 |
| 2024 | 48.2 | N/A | N/A | 165 | 35.5 | 14.9 | 58,694 |
| 2025 | 48.2 | N/A | N/A | 165 | 35.6 | 14.8 | 58,667 |
| 2026 | 48.3 | N/A | N/A | 165 | 35.6 | 14.8 | 58,642 |

Figures are inflation adjusted to 2021

Intravenous (IV) Hydration Centers in the US  
Case 1:19-cv-05192-LMM   Document 514-3   Filed 04/30/23   Page 15 of 19  
May 2021

## Industry Financial Ratios - Emergency & Other Outpatient Care Centers in the US

|  |  |  |  |  | Historical Average | | |
|---|---|---|---|---|---|---|---|
| **Industry Multiples** | 2017 | 2018 | 2019 | 2020 | 3-Year | 5-Year | 10-Year |
| EBIT/Revenue | 17.9 | 17.3 | 15.9 | 14.0 | 15.7 | 16.5 | 18.7 |
| EBITDA/Revenue | 20.4 | 19.9 | 18.9 | 17.3 | 18.7 | 19.3 | 21.4 |
| Leverage Ratio | 4.9 | 5.1 | 5.3 | 5.8 | 5.4 | 5.2 | 4.8 |
| **Industry Tax Structure** | 2017 | 2018 | 2019 | 2020 | 3-Year | 5-Year | 10-Year |
| Taxes Paid/Revenue | 3.5 | 3.0 | 2.6 | 2.1 | 2.6 | 3.0 | 3.6 |
| **Income Statement** | 2017 | 2018 | 2019 | 2020 | 3-Year | 5-Year | 10-Year |
| Total Revenue | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Business receipts | 74.0 | 76.0 | 77.8 | 79.7 | 77.8 | 75.6 | 71.6 |
| Cost of goods | 30.6 | 35.0 | 40.0 | 43.9 | 39.7 | 35.4 | 30.0 |
| Gross Profit | 69.4 | 65.0 | 60.0 | 56.1 | 60.3 | 64.6 | 70.0 |
| **Expenses** | | | | | | | |
| Salaries and wages | 10.5 | 9.9 | 10.3 | 11.2 | 10.5 | 10.4 | 9.4 |
| Advertising | 3.3 | 2.9 | 2.7 | 2.5 | 2.7 | 2.8 | 2.6 |
| Depreciation | 1.6 | 1.8 | 1.8 | 1.7 | 1.8 | 1.6 | 1.3 |
| Depletion | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization | 0.9 | 0.8 | 1.2 | 1.6 | 1.2 | 1.2 | 1.4 |
| Rent paid | 2.9 | 3.1 | 3.0 | 2.9 | 3.0 | 2.7 | 2.0 |
| Repairs | 1.0 | 1.4 | 1.4 | 1.2 | 1.3 | 1.1 | 0.7 |
| Bad debts | 2.5 | 2.6 | 2.6 | 2.7 | 2.6 | 2.4 | 2.2 |
| Employee benefit programs | 1.3 | 1.4 | 1.3 | 1.3 | 1.3 | 1.2 | 1.7 |
| Compensation of officers | 1.9 | 1.5 | 1.2 | 1.0 | 1.2 | 1.4 | 1.2 |
| Taxes paid | 3.5 | 3.0 | 2.6 | 2.1 | 2.6 | 3.0 | 3.6 |
| Interest Income | 0.3 | 0.8 | 1.0 | 1.0 | 0.9 | 0.7 | 0.7 |
| **Other Income** | | | | | | | |
| Royalties | 0.1 | 0.7 | 0.7 | 0.5 | 0.6 | 0.5 | 0.4 |
| Rent Income | 0.0 | 0.1 | 0.5 | 0.7 | 0.4 | 0.3 | 0.1 |
| Net Income | 11.6 | 11.4 | 10.5 | 9.2 | 10.4 | 10.8 | 12.4 |
| **Balance Sheet** | 2017 | 2018 | 2019 | 2020 | 3-Year | 5-Year | 10-Year |
| **Assets** | | | | | | | |
| Cash and Equivalents | 4.7 | 4.9 | 5.0 | 5.3 | 5.1 | 5.0 | 5.2 |
| Notes and accounts receivable | 12.8 | 13.6 | 14.2 | 14.8 | 14.2 | 13.0 | 13.2 |
| Allowance for bad debts | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 | 0.8 | 1.1 |
| Inventories | 3.6 | 4.6 | 5.2 | 5.5 | 5.1 | 4.1 | 2.6 |
| Other current assets | 3.7 | 3.8 | 3.8 | 3.9 | 3.8 | 4.0 | 4.3 |
| Other investments | 17.3 | 19.5 | 20.9 | 21.9 | 20.8 | 19.0 | 14.1 |
| Property, Plant and Equipment | 24.8 | 24.8 | 24.5 | 24.3 | 24.5 | 24.0 | 22.2 |
| Accumulated depreciation | 14.1 | 15.8 | 16.8 | 17.6 | 16.7 | 15.1 | 13.0 |
| Intangible assets (Amortizable) | 44.8 | 42.0 | 40.3 | 39.2 | 40.5 | 43.3 | 48.0 |
| Accumulated amortization | 7.3 | 7.0 | 6.8 | 6.7 | 6.8 | 6.5 | 5.3 |
| Other assets | 7.4 | 7.5 | 7.6 | 7.6 | 7.5 | 7.5 | 5.2 |
| Total assets | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Accounts payable | 5.2 | 6.4 | 7.2 | 7.8 | 7.1 | 5.9 | 5.0 |
| **Liabilities and Net Worth** | | | | | | | |
| Mort, notes, and bonds under 1 yr | 4.8 | 5.0 | 5.1 | 5.2 | 5.1 | 4.4 | 4.5 |
| Other current liabilities | 8.2 | 8.2 | 8.2 | 8.3 | 8.2 | 8.5 | 8.7 |
| Loans from shareholders | 3.6 | 3.5 | 3.5 | 3.6 | 3.5 | 2.9 | 4.3 |
| Mort, notes, bonds, 1 yr or more | 34.5 | 32.9 | 31.8 | 30.9 | 31.8 | 34.3 | 37.7 |
| Other liabilities | 10.3 | 10.2 | 10.1 | 10.1 | 10.1 | 11.0 | 10.3 |
| Total liabilities | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Capital stock | 5.4 | 5.4 | 5.5 | 5.5 | 5.5 | 5.3 | 3.9 |
| Additional paid-in capital | 23.5 | 23.2 | 23.2 | 23.3 | 23.2 | 23.4 | 22.1 |
| Retained earnings, appropriated | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| Retained earnings-unappropriated | 4.3 | 5.3 | 5.7 | 5.7 | 5.6 | 4.5 | 5.0 |
| Cost of treasury stock | 5.0 | 5.3 | 5.6 | 5.7 | 5.6 | 4.3 | 3.5 |
| Net worth | 33.6 | 34.1 | 34.2 | 34.3 | 34.2 | 33.2 | 29.6 |

| Liquidity Ratios | 2017 | 2018 | 2019 | 2020 | 3-Year | 5-Year | 10-Year |
|---|---|---|---|---|---|---|---|
| Current Ratio | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.5 |
| Quick Ratio | 1.2 | 1.2 | 1.2 | 1.1 | 1.2 | 1.2 | 1.3 |
| Sales/Receivables | 7.8 | 7.3 | 7.0 | 6.7 | 7.0 | 7.8 | 7.7 |
| Days' Receivables | 46.9 | 49.8 | 52.3 | 54.4 | 52.2 | 47.9 | 48.6 |
| Days' Inventory | 43.3 | 48.4 | 47.6 | 46.3 | 47.4 | 40.9 | 29.5 |
| Inventory Turnover | 8.4 | 7.5 | 7.7 | 7.9 | 7.7 | 10.1 | 16.2 |
| Payables Turnover | 5.8 | 5.5 | 5.5 | 5.6 | 5.5 | 6.3 | 6.3 |
| Days' Payables | 62.9 | 66.9 | 65.8 | 65.0 | 65.9 | 60.3 | 62.0 |
| Sales/Working Capital | 6.3 | 6.2 | 6.1 | 6.1 | 6.1 | 6.3 | 6.4 |
| **Coverage Ratios** | **2017** | **2018** | **2019** | **2020** | **3-Year** | **5-Year** | **10-Year** |
| Interest Coverage | 636.8 | 608.4 | 562.6 | 526.2 | 565.7 | 608.0 | 696.3 |
| Debt Service Coverage Ratio | 2.2 | 2.1 | 1.0 | 2.2 | 1.8 | 1.9 | 2.2 |
| **Leverage Ratios** | **2017** | **2018** | **2019** | **2020** | **3-Year** | **5-Year** | **10-Year** |
| Fixed Assets/Net Worth | 2.8 | 2.7 | 2.6 | 2.6 | 2.6 | 2.7 | 3.1 |
| Debt/Net Worth | 3.0 | 2.9 | 2.9 | 2.9 | 2.9 | 3.0 | 3.4 |
| Tangible Net Worth | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| **Operating Ratios** | **2017** | **2018** | **2019** | **2020** | **3-Year** | **5-Year** | **10-Year** |
| Return on Net Worth, % | 53.1 | 50.4 | 46.0 | 40.4 | 45.6 | 49.7 | 65.0 |
| Return on Assets, % | 17.8 | 17.2 | 15.7 | 13.9 | 15.6 | 16.4 | 18.6 |
| Sales/Total Assets | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| EBITDA/Revenue | 20.4 | 19.9 | 18.9 | 17.3 | 18.7 | 19.3 | 21.4 |
| EBIT/Revenue | 17.9 | 17.3 | 15.9 | 14.0 | 15.7 | 16.5 | 18.7 |
| **Cash Flow & Debt Service Ratios (% of sales)** | **2017** | **2018** | **2019** | **2020** | **3-Year** | **5-Year** | **10-Year** |
| Cash from Trading | 65.5 | 68.3 | 98.2 | 65.5 | 77.3 | 72.6 | 69.1 |
| Cash after Operations | 25.9 | 47.8 | 49.4 | 25.9 | 41.0 | 35.0 | 30.4 |
| Net Cash after Operations | 22.1 | 47.1 | 50.5 | 22.1 | 39.9 | 32.8 | 27.4 |
| Debt Service P&I Coverage | 13.3 | 28.2 | 14.8 | 13.3 | 18.7 | 16.5 | 14.9 |
| Interest Coverage (Operating Cash) | 0.8 | 3.2 | 3.3 | 0.8 | 2.4 | 1.8 | 1.3 |

Source: IRS SOI Tax Stats; US Census Bureau; IBISWorld

# Additional Resources

| | |
|---|---|
| **Additional Resources** | National Infusion Center Association<br>http://www.infusioncenter.org<br><br>American Med Spa Association<br>http://www.americanmedspa.org<br><br>Centers for Medicare and Medicaid Services<br>http://www.cms.gov |
| **Industry Jargon** | **INFUSION THERAPY**<br>Medications or fluids are administered through injection.<br><br>**INTRAVENOUS**<br>Medical procedures involving the veins.<br><br>**IV BAR**<br>A nonmedically necessary facility that provides intravenous services. |
| **Glossary** | **BARRIERS TO ENTRY**<br>High barriers to entry mean that new companies struggle to enter an industry, while low barriers mean it is easy for new companies to enter an industry.<br><br>**CAPITAL INTENSITY**<br>Compares the amount of money spent on capital (plant, machinery and equipment) with that spent on labor. IBISWorld uses the ratio of depreciation to wages as a proxy for capital intensity. High capital intensity is more than $0.333 of capital to $1 of labor; medium is $0.125 to $0.333 of capital to $1 of labor; low is less than $0.125 of capital for every $1 of labor.<br><br>**CONSTANT PRICES**<br>The dollar figures in the Key Statistics table, including forecasts, are adjusted for inflation using the current year (i.e. year published) as the base year. This removes the impact of changes in the purchasing power of the dollar, leaving only the "real" growth or decline in industry metrics. The inflation adjustments in IBISWorld's reports are made using the US Bureau of Economic Analysis' implicit GDP price deflator.<br><br>**DOMESTIC DEMAND**<br>Spending on industry goods and services within the United States, regardless of their country of origin. It is derived by adding imports to industry revenue, and then subtracting exports.<br><br>**EMPLOYMENT**<br>The number of permanent, part-time, temporary and seasonal employees, working proprietors, partners, managers and executives within the industry.<br><br>**ENTERPRISE**<br>A division that is separately managed and keeps management accounts. Each enterprise consists of one or more establishments that are under common ownership or control.<br><br>**ESTABLISHMENT**<br>The smallest type of accounting unit within an enterprise, an establishment is a single physical location where business is conducted or where services or industrial operations are performed. Multiple establishments under common control make up an enterprise.<br><br>**EXPORTS**<br>Total value of industry goods and services sold by US companies to customers abroad.<br><br>**IMPORTS**<br>Total value of industry goods and services brought in from foreign countries to be sold in the United States.<br><br>**INDUSTRY CONCENTRATION**<br>An indicator of the dominance of the top four players in an industry. Concentration is considered high if the top players account for more than 70% of industry revenue. Medium is 40% to 70% of industry revenue. Low is less than 40%.<br><br>**INDUSTRY REVENUE**<br>The total sales of industry goods and services (exclusive of excise and sales tax); subsidies on production; all other |

operating income from outside the firm (such as commission income, repair and service income, and rent, leasing and hiring income); and capital work done by rental or lease. Receipts from interest royalties, dividends and the sale of fixed tangible assets are excluded.

### INDUSTRY VALUE ADDED (IVA)
The market value of goods and services produced by the industry minus the cost of goods and services used in production. IVA is also described as the industry's contribution to GDP, or profit plus wages and depreciation.

### INTERNATIONAL TRADE
The level of international trade is determined by ratios of exports to revenue and imports to domestic demand. For exports/revenue: low is less than 5%, medium is 5% to 20%, and high is more than 20%. Imports/domestic demand: low is less than 5%, medium is 5% to 35%, and high is more than 35%.

### LIFE CYCLE
All industries go through periods of growth, maturity and decline. IBISWorld determines an industry's life cycle by considering its growth rate (measured by IVA) compared with GDP; the growth rate of the number of establishments; the amount of change the industry's products are undergoing; the rate of technological change; and the level of customer acceptance of industry products and services.

### NONEMPLOYING ESTABLISHMENT
Businesses with no paid employment or payroll, also known as nonemployers. These are mostly set up by self-employed individuals.

### PROFIT
IBISWorld uses earnings before interest and tax (EBIT) as an indicator of a company's profitability. It is calculated as revenue minus expenses, excluding interest and tax.

### REGIONS
West | CA, NV, OR, WA, HI, AK
Great Lakes | OH, IN, IL, WI, MI
Mid-Atlantic | NY, NJ, PA, DE, MD
New England | ME, NH, VT, MA, CT, RI
Plains | MN, IA, MO, KS, NE, SD, ND
Rocky Mountains | CO, UT, WY, ID, MT
Southeast | VA, WV, KY, TN, AR, LA, MS, AL, GA, FL, SC, NC
Southwest | OK, TX, NM, AZ

### VOLATILITY
The level of volatility is determined by averaging the absolute change in revenue in each of the past five years. Volatility levels: very high is more than ±20%; high volatility is ±10% to ±20%; moderate volatility is ±3% to ±10%; and low volatility is less than ±3%.

### WAGES
The gross total wages and salaries of all employees in the industry.



# IBISWorld helps you find the industry information you need – fast.

With our trusted research covering thousands of global industries, you'll get a quick and intelligent overview of any industry so you can get up to speed in minutes. In every report, you'll find actionable insights, comprehensive data and in-depth analysis to help you make smarter, faster business decisions. If you're not yet a member of IBISWorld, contact us at 1-800-330-3772 or info@ibisworld.com to learn more.

DISCLAIMER
This product has been supplied by IBISWorld Inc. ('IBISWorld') solely for use by its authorized licenses strictly in accordance with their license agreements with IBISWorld. IBISWorld makes no representation to any other person with regard to the completeness or accuracy of the data or information contained herein, and it accepts no responsibility and disclaims all liability (save for liability which cannot be lawfully disclaimed) for loss or damage whatsoever suffered or incurred by any other person resulting from the use of, or reliance upon, the data or information contained herein. Copyright in this publication is owned by IBISWorld Inc. The publication is sold on the basis that the purchaser agrees not to copy the material contained within it for other than the purchasers own purposes. In the event that the purchaser uses or quotes from the material in this publication – in papers, reports, or opinions prepared for any other person – it is agreed that it will be sourced to: IBISWorld Inc.

Copyright 2021 IBISWorld Inc.