# EXHIBIT E

Case 1:19-cv-05192-LMM   Document 514-7   Filed 04/30/23   Page 2 of 4
Hydration Station USA Franchise, et al. vs Jared Christian Seaverns, et al.
Ryan Heavern                                                    October 01, 2021

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION

HYDRATION STATION USA
FRANCHISE SYSTEM, LLC, et al.,
Plaintiffs,
                                        CIVIL ACTION FILE
vs.                                     NO. 1:19-cv-05192-LMM

JARED CHRISTIAN SEAVERNS, et al.,
Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                 REMOTE DEPOSITION OF
                      RYAN HEAVERN




                   October 1, 2021
                     10:10 a.m.




      (All attendees appeared remotely via
   videoconferencing and/or teleconferencing.)




   Anthony D. Lorenz, Certified Court Reporter
             RDR, CRR; CCR-B-2022
```

Case 1:19-cv-05192-LMM   Document 514-7   Filed 04/30/23   Page 3 of 4
Hydration Station USA Franchise, et al. vs Jared Christian Seaverns, et al.
Ryan Heavern                                                October 01, 2021

Page 93

```
 1        Q.    Okay.  When did you first learn there
 2   was what was referred to as an unreasonable markup on
 3   some or all of the products coming from Fulfillment?
 4        A.    I learned, just by happenstance, with a
 5   conversation I had with the owner of Beeline Medical.
 6        Q.    Please tell me about that.
 7        A.    The 85-dollar-a-case e-mail was sent
 8   out on a Friday.  And that just seemed absurd to me.
 9   I sat and thought about it over the weekend, and I
10   decided to call another IV company that I had met
11   that was in Denver.  And I said, "Hey, are you
12   hearing about an upcoming shortage?"
13              And they said, "Yes.  We were able to
14   acquire fluids from this person, Beeline Medical.
15   They were cheaper: sub $50, sub $45.  Give her a
16   call."  So I called her on a Monday.  Her name is
17   Jennifer Jones.
18              And I didn't say "Vida-Flo," at first.
19   I just said, "I own an IV hydration company in
20   Breckenridge, Colorado.  I understand that you do
21   business with other IV companies in Colorado."  And,
22   you know, I was just being a good Vida-Flo soldier.
23              I said, "I'm with a company that needs
24   to acquire product for multiple franchisees."
25              And she said, "I made a very similar
```

Case 1:19-cv-05192-LMM   Document 514-7   Filed 04/30/23   Page 4 of 4
Hydration Station USA Franchise, et al. vs Jared Christian Seaverns, et al.
Ryan Heavern                                                    October 01, 2021

Page 94

```
 1   deal with another franchise company just yesterday,
 2   I'm willing to offer you the same price of $42.74 a
 3   case."
 4              And I said, "That's unbelievable.  Let
 5   me forward this along."
 6              She said, "What's your e-mail?"
 7              I said, "RyanH@Vida-" -- it was also
 8   contingent, I should say, "that you pay half up front
 9   for the load."
10              And I said, "Great.  You know, let me
11   forward this -- or send me something.  Let me forward
12   it along."
13              She said, "What's your e-mail?"
14              I said, "RyanH@Vida-Flo.com."
15              And she said, "Vida-Flo?  That's who I
16   made this deal with.  Keith McDermott is the -- do
17   you know Keith McDermott?"
18              And that was the lightbulb moment for
19   me.  It was 42.74 a case, and he was making it
20   mandatory that we buy it at $85.
21        Q.    So you're having these conversations
22   that are in September -- or e-mail, or whatever you
23   want to call it.
24        A.    Uh-huh.
25        Q.    Who did you tell?  Who did you e-mail?
```