# EXHIBIT F

**Hydration Station USA Franchise SYS., et al. vs Jared Christian Seaverns, et al.**
**Jamey Shirah on 09/30/2021**

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3

 4
     HYDRATION STATION USA FRANCHISE)
 5   SYSTEM, LLC and VIDA-FLO USA   )
     FULFILLMENT, LLC,              )
 6                                  )
              Plaintiffs,           )
 7                                  )
     V.                             )   CIVIL ACTION NO.
 8                                  )
     JARED CHRISTIAN SEAVERNS,      )   1:19-cv-5192-LLM
 9   et al.,                        )
                                    )
10        Defendants.               )

11

12

13        Videoconference Deposition of JAMEY SHIRAH,

14   Witness, called by the Defendants Heavern, Gayle,

15   McCullough, et al., taken via Zoom Remote

16   Videoconferencing, before Paula N. Marchetti,

17   Certified Court Reporter in and for the State of

18   Georgia, on the 30th day of September, 2021,

19   commencing at 10:03 a.m. and concluding at 5:29 p.m.

20

21

22

23

24

25
```

Case 1:19-cv-05192-LMM   Document 514-8   Filed 04/30/23   Page 3 of 3

**Hydration Station USA Franchise SYS., et al. vs Jared Christian Seaverns, et al.**
Jamey Shirah on 09/30/2021
Pages 78..81

**Page 78**

1  franchisees, would you say that, in addition to your
2  reaching out to franchisees, they would come to you
3  when they had issues with corporate?
4      A.  Depending on where the issue arose, but,
5  yeah, a few times people did reach out to me with
6  issues.
7      Q.  Okay, did you think that they were
8  comfortable reaching out to you?
9      A.  Yeah, I believe so.
10     Q.  And you mentioned before about Mr.
11 McDermott's strong communication style, do you think
12 that they may have reached out with you, sort of as
13 a buffer between you and Mr. McDermott, at times?
14     A.  I mean, I don't know what their reason for
15 it was, but they did reach out to me.
16     Q.  Did they ever ask you to address issues
17 with Mr. McDermott --
18     A.  Yes.
19     Q.  -- when they would -- I'm sorry.  Yes?
20     A.  Yes.
21     Q.  Did they ever ask you to address issues you
22 thought that really were more appropriate to be
23 addressed with Mr. McDermott?
24     A.  Yes.
25     Q.  And I assume in your role, you helped them

**Page 79**

1  when you could?
2      A.  Correct.
3      Q.  Do you recall, sometime, maybe the summer
4  of 2017, there being an issue with franchisees
5  complaining about the prices of fluids that they
6  were purchasing from fulfillment?
7      A.  Yes.
8      Q.  What do you remember about that?
9      A.  I remember that it was brought up, I
10 believe, by the Birmingham location first.  And, you
11 know, basically everyone started complaining about
12 the pricing of specific items, and all of that.
13     Q.  Do you remember, anyone, besides Birmingham
14 complaining, specifically, I know you said generally
15 they all did, but do you remember any other
16 franchisees that complained?
17     A.  Yeah, the Breckenridge, and Baton Rouge, as
18 well.
19     Q.  Anyone else?
20     A.  Not that I can specifically recall.
21     Q.  Do you remember Kennesaw complaining?
22     A.  I'm, I'm sure they did.
23     Q.  You just have no specific recollection?
24     A.  No, ma'am.
25     Q.  And when you say Birmingham, is there a

**Page 80**

1  particular individual you were dealing with?
2      A.  Michael Gayle.
3      Q.  Anyone else?
4      A.  No.
5      Q.  And what about Breckenridge?
6      A.  Ryan Heavern.
7      Q.  And anyone else there?
8      A.  No, ma'am, no.
9      Q.  And for Baton Rouge?
10     A.  That would be Brian McCullough, and Brett,
11 sometimes.
12     Q.  Anyone else?
13     A.  No, ma'am, I don't believe so.
14     Q.  Prior to getting complaints generally, or
15 the specific ones that you recalled, was it your
16 understanding that franchisees were paying the costs
17 that fulfillment paid, plus shipping, plus a
18 reasonable markup for fluids that they purchased on
19 the web store?
20     A.  Yeah, that was my understanding.
21     Q.  In the summer of 2017, were you operating a
22 franchise?
23     A.  Yes, ma'am.
24     Q.  And that was the one in Charleston?
25     A.  Yes, ma'am.

**Page 81**

1      Q.  Do you know who or what B. Braun is?
2      A.  It's a medical supply company, I believe.
3      Q.  You've heard of them?
4      A.  Yes, ma'am.
5      Q.  Do you recall a particular issue centered
6  about B. Braun in December of 2017?
7      A.  I think that was the fluid company that had
8  a factory shut down, or burn up, or something like
9  that.
10     Q.  Okay.  So you recall generally that there
11 was a B. Braun factory that stopped producing?
12     A.  Yeah.
13     Q.  And do you recall, or would it refresh your
14 recollection to say that they stopped producing a
15 particular saline for IV infusions?
16     A.  I believe it was, I don't remember if it
17 was saline or lactated Ringer's, which are two
18 separate items, but I do remember they stopped
19 producing.
20     Q.  And if it was saline, in your
21 understanding, is that a critical component of the
22 day-to-day business of the franchisees?
23     A.  Yes, saline and both -- those and lactated
24 Ringer's.
25     Q.  And lactated, okay, okay, so lactated