IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HYDRATION STATION USA FRANCHISE SYSTEM, LLC, and VIDA-FLO USA FULFILLMENT, LLC,<br><br>　　　　　Plaintiffs,<br>v.<br><br>RYAN HEAVERN, BRETT MCCULLOUGH, BRIAN MCCULLOUGH, MICHAEL GAYLE, DERRICK PURDY, VIDA FLO ALABAMA, LLC, FLO WEST, LLC, HOLISTIC HYDRATION ORGANIZATION, LLC, VIDA-FLO LOUISIANA, LLC, and GEAUX FLEAUX, LLC,<br><br>　　　　　Defendants. | Civil Action File No.:<br><br>1:19-cv-05192-LMM<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS OF DEFENDANTS VIDA FLO ALABAMA, LLC AND MICHAEL GAYLE

Plaintiffs Hydration Station USA Franchise System, LLC and Vida-Flo USA Fulfillment, LLC hereby move for summary judgment on the Counterclaims filed by Defendants Vida Flo Alabama, LLC and Michael Gayle (the "Alabama Counterclaimants"), relying on (1) its Brief in support of this Motion, (2) its Statement of Material Facts to Which There Is No Genuine Issue to Be Tried, (3) excerpts from the Deposition of Keith McDermott [full document at Doc. 503], (4)

1

excerpts from the Deposition of Michael Winn Gayle [full document to be filed], (5) the Deposition of Keith McDermott Volume II [full document at Doc. 504], (6) Michael Gayle, Vida Flo Alabama, LLC, And Holistic Hydration Organization, LLC's Objections and Responses to Hydration Station USA, Franchise System, LLC's First Continuing Interrogatories (**personal information redacted**), and (7) Michael Gayle, Vida Flo Alabama, LLC, And Holistic Hydration Organization, LLC's Objections and Responses to Hydration Station USA, Franchise System, LLC's First Request For Production Of Documents.

These documents demonstrate that each of the Alabama Counterclaimants' counterclaims fails. Accordingly, Plaintiffs respectfully request that the Court grant summary judgment as to all of those counterclaims.

Respectfully submitted this 30th day of April, 2023.

/s/ Ramsey A. Knowles
Ramsey A. Knowles
Georgia Bar No. 426726
rknowles@knowlesgallant.com
Jared Hodges
Georgia Bar No. 225385
jhodges@knowlesgallant.com
Christopher W. Timmons
Georgia Bar No. 712659
ctimmons@knowlesgallant.com
*Counsel for Plaintiffs*

**KNOWLES GALLANT TIMMONS, LLC**
6400 Powers Ferry Road, Suite 300

Atlanta, Georgia 30339
Phone:        (404) 590-3762
Facsimile:    (404) 590-3687

Atlanta, Georgia 30339
Phone:        (404) 590-3762
Facsimile:    (404) 590-3687

## **CERTIFICATE OF TYPE-SIZE COMPLIANCE**

Pursuant to L.R. 5.1(C), N.D.Ga., I hereby certify the foregoing brief is prepared in Times New Roman, 14-point font.

Respectfully submitted this 30th day of April, 2023.

*/s/ Ramsey A. Knowles*
Ramsey A. Knowles
Georgia Bar No. 426726
rknowles@knowlesgallant.com
Chris W. Timmons
Georgia Bar No. 225385
ctimmons@knowlesgallant.com
Jared K. Hodges
Georgia Bar No. 712659
jhodges@knowlesgallant.com
*Counsel for Plaintiffs*

**KNOWLES GALLANT TIMMONS, LLC**
6400 Powers Ferry Road, Suite 300
Atlanta, Georgia 30339
Phone:      (404) 590-3762
Facsimile:  (404) 590-3687