Case 1:19-cv-05192-LMM   Document 517-3   Filed 04/28/23   Page 1 of 23

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott on 10/12/2021

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3   _____

 4
     HYDRATION STATION USA FRANCHISE         :
 5   SYSTEM, LLC and VIDA-FLO USA            :
     FULFILLMENT, LLC,                       :
 6                                           :
            Plaintiffs,                      :CIVIL ACTION FILE
 7                                           :NUMBER:
     versus                                  :1:19-cv-5192-LLM
 8                                           :
     JARED CHRISTIAN SEAVERNS, et al.        :
 9                                           :
            Defendants.                      :
10
     _____
11
                  DEPOSITION OF KEITH MCDERMOTT
12

13                        10:22 A.M.

14                     October 12, 2021

15                     POOLE HUFFMAN, LLC
             3562 Habersham at Northlake, Suite 200
16                         Building J
                        Tucker, Georgia
17

18

19

20
         Susan DiFilippantonio, RPR, CCR No. B-2125
21

22

23

24

25
```

Case 1:19-cv-05192-LMM Document 517-3 Filed 04/30/23 Page 12 of 25

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott on 10/12/2021   Page 161

 1   Q.      And you would expect a wellness consultant to
 2   understand that?
 3   A.      Yes.
 4   Q.      And you would expect a hydrocare provider to
 5   understand that the protocols and procedures fall into
 6   these items?
 7   A.      I believe that they should understand that.
 8   They were told that.  We told our franchisees that they
 9   needed to keep a strict -- you know, keep that as an
10   important element of their -- of their franchise, as is
11   evidenced in the franchise agreement when it says that
12   they have to have their employees sign confidentiality
13   agreements.  The operations manual is given to each
14   store as a hard copy; it's not given electronically.
15   And we can't police everything.  It's not our job to
16   police everything.  There needs to be a certain degree
17   of trust with our franchisees that they are going to
18   protect our trade secrets, of which the confidential
19   operations manual is one of them.
20   Q.      So the third item that you mentioned was
21   dosages, correct?
22   A.      Correct.
23   Q.      And is that what went into the treatments that
24   you described before?
25   A.      Correct.