Case 1:19-cv-05192-LMM   Document 517-4   Filed 04/30/23   Page 1 of 5
Hydration Station USA Franchise, et al. vs Jared Christian Seaverns, et al.
Michael Winn Gayle                                                          October 08, 2021

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION



HYDRATION STATION USA
FRANCHISE SYSTEM, LLC, et al.,

      Plaintiff,                    CIVIL ACTION FILE

      vs.                           NO. 1:19-cv-05192-LMM

JARED CHRISTIAN SEAVERNS,
et al.,

      Defendants.

~~~~~~~~~~~~~~~~~~~~~~




                    REMOTE DEPOSITION OF

                     MICHAEL WINN GAYLE



                      October 8, 2021

                         10:00 a.m.



                 (All parties appeared
             remotely via videoconference
                 and/or teleconference.)



             Michelle J. Reeves, CCR, B-1397
```

Elizabeth Gallo
COURT REPORTING, LLC

www.GeorgiaReporting.com/Schedule
404.389.1155

Case 1:19-cv-05192-LMM   Document 517-4   Filed 04/30/23   Page 2 of 5
Hydration Station USA Franchise, et al. vs Jared Christian Seaverns, et al.
Michael Winn Gayle                                                October 08, 2021

Page 97

```
 1         What I'm talking about is the time period
 2   before that.  So after what we've already talked
 3   about, the first few months up until the point where
 4   the supply markup issue came about, did you have any
 5   other issues with corporate before then or problems?
 6         A.   I would say yes.  I'm sure ordering, I
 7   believe, just was an issue.  Deliveries.  Software
 8   issues in terms of the liability, things of that
 9   nature.
10         Q.   Did you have any other issues?  You talked
11   about ordering, problems with delivery and software.
12   Did you have any other issues with corporate?
13         A.   When you say issues, you just mean?
14         Q.   Problems, concerns.
15         A.   Well, I know I'd mentioned them before.
16   That's all I can think of right now.  With
17   marketing, lack of marketing.
18         Q.   Tell me about that, please.
19         A.   The drop box that was made available was
20   just very limited and I would say outdated material
21   for us to use.
22         Q.   Okay.
23         A.   And so getting fresh new commercial
24   products or items was a big importance.
25         Q.   You felt like you were not getting enough
```



Case 1:19-cv-05192-LMM   Document 517-4   Filed 04/30/23   Page 3 of 5
Hydration Station USA Franchise, et al. vs Jared Christian Seaverns, et al.
Michael Winn Gayle                                              October 08, 2021
Page 98

```
 1   marketing material in the drop box from corporate?
 2        A.   Or in general.
 3        Q.   In addition to drop box, what else do you
 4   mean?  What sort of support should they have been
 5   providing during that timeframe?
 6        A.   Well, a little guidance on I would say
 7   social media.  There was a brief period where Jamey
 8   had best times for us to be post and he was trying
 9   to help us out on that, but just nothing ever stayed
10   consistent in terms of how we received our marketing
11   information, who sent it to us.  It was very stop
12   and go and inconsistent.
13        Q.   So we talked at length about how hydration
14   therapy -- selling hydration therapy and selling
15   investments are essentially the same thing.
16             If you knew how to market hydration
17   therapy, why did you need corporate to help you?
18             MS. BUDA:  Object to form.
19             THE WITNESS:  I don't believe I said
20        they're the exact same.  I said sales is sales.
21        And doing grassroots face-to-face, those were
22        things I was apt at doing.  I had never created
23        social media posts like that, and yes.
24   BY MR. TIMMONS:
25        Q.   So there were things you needed from
```

Case 1:19-cv-05192-LMM   Document 517-4   Filed 04/30/23   Page 4 of 5
Hydration Station USA Franchise, et al. vs Jared Christian Seaverns, et al.
Michael Winn Gayle                                                October 08, 2021

Page 200

```
 1      A.   Yes.
 2      Q.   With regard to fluids and medical
 3 supplies, were there some fluids and/or medical
 4 supplies that you received from corporate in or
 5 around this time that you did not pay for?
 6      A.   I will have to disagree on that.  I'm not
 7 entirely sure how they could come up with any number
 8 that says that I owe them money for supplies.  But,
 9 you know, these are their numbers, so I don't know
10 how they came up with that.
11      Q.   With regard to technology fees, had you
12 stopped paying technology fees or failed to pay
13 technology fees during the timeframe between August
14 of 2018 and this letter in November of 2018?
15      A.   Yes.
16      Q.   Going back to Exhibit 8.  Going to pdf
17 page 96.  The Bates label on this page is AL-0659.
18           This is a series of text between you and
19 Keith McDermott.  The date on the exchanges that
20 we're going to look at is November 26th, 2018 at
21 9:55 a.m.  You text, blocking us on Booker hurts you
22 more than it does me.  Rick will be in contact with
23 your legal counsel today.  Mr. McDermott responds,
24 you have access to Booker so you can take payment,
25 et cetera.  Because you have not paid us for it for
```

Case 1:19-cv-05192-LMM   Document 517-4   Filed 04/30/23   Page 5 of 5
Hydration Station USA Franchise, et al. vs Jared Christian Seaverns, et al.
Michael Winn Gayle                                              October 08, 2021

Page 201

```
 1   120 days, but continue to use it free of charge some
 2   of your privileges have been revoked.  Additionally,
 3   all the Vida-Flo memberships, EFT transfers from
 4   Birmingham will be frozen until we work this
 5   situation out.  The sooner your counsel communicates
 6   your needs, the sooner the membership revenue will
 7   be unfrozen.
 8           With regard to Booker, had you not paid
 9   for -- well, let me back up.  The technology fee
10   that you pay, was that in part to pay for the Booker
11   system?
12       A.  Yes, I believe Booker point of sale was
13   included in the tech fee.  Now, at this time, I do
14   believe, yes, it was included in the tech fee.
15       Q.  You ever had a member stop paying their
16   membership fee?
17       A.  Yes.
18       Q.  Do you give them 120 days of additional
19   service before your stop their membership?
20           MS. BUDA:  Object to the form of the
21       question.
22           THE WITNESS:  That's -- I don't think
23       those two are relatable.
24   BY MR. TIMMONS:
25       Q.  That's not what I'm getting at.
```

