Case 1:19-cv-05192-LMM   Document 507-5   Filed 04/30/23   Page 1 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION

 3   _____

 4

     HYDRATION STATION USA FRANCHISE         :
 5   SYSTEM, LLC and VIDA-FLO USA            :
     FULFILLMENT, LLC,                       :
 6                                           :
          Plaintiffs,                        :CIVIL ACTION FILE
 7                                           :NUMBER:
     versus                                  :1:19-cv-5192-LLM
 8                                           :
     JARED CHRISTIAN SEAVERNS, et al.        :
 9                                           :
          Defendants.                        :
10
     _____
11
                 DEPOSITION OF KEITH MCDERMOTT
12                         VOLUME II

13                         10:21 A.M.

14

                       October 14, 2021
15
                       POOLE HUFFMAN, LLC
16        3562 Habersham at Northlake, Suite 200
                         Building J
17                    Tucker, Georgia

18

19

20

21      Susan DiFilippantonio, RPR, CCR No. B-2125

22

23

24

25
```

Case 1:19-cv-05192-LMM   Document 517-5   Filed 04/28/23   Page 2 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021                            Page 24

1   Q.      Okay.  No.  To your knowledge?

2   A.      No.

3   Q.      Okay.  So you mentioned Knack.  You mentioned
4   ADP or Gusto.

5           What is the point of sale system?

6   A.      At the time, it was either Millennium or Booker.
7   We currently use Booker and our own proprietary POS
8   system, but at the time, it could have been Millennium
9   for a short period and then Booker, but I am pretty sure
10  Booker was their POS from the get-go.

11  Q.      And is Brooker proprietary to Vida-Flo?

12  A.      No.

13  Q.      Anyone could get a Booker account?

14  A.      Yes.

15  Q.      Okay.  Does Booker charge you per location or in
16  bulk?

17  A.      They charge us in bulk, but, again, I am not
18  sure -- well, it depends upon a couple of things.  There
19  were -- I think -- well, actually, just only one thing.
20  They charge per location, and then they -- if -- there
21  is a marketing piece called Frederick that if they
22  wanted that, that was extra.  And we were providing
23  Frederick, I believe, at the time for all of the
24  franchisees.

25  Q.      So let me ask:  Booker without Frederick, do you

Case 1:19-cv-05192-LMM   Document 517-5   Filed 04/28/23   Page 3 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021                                    Page 25

```
 1   know how much that costs per location currently?
 2   A.     I want to say $250.
 3   Q.     Is that per what period?  Or is that to sign up?
 4   A.     Monthly.
 5   Q.     $250 a month?
 6   A.     Yes.
 7   Q.     Per location?
 8   A.     Yes.
 9   Q.     And is that with or without Frederick?
10   A.     That is without Frederick.
11   Q.     How much would an add-on be for Frederick?
12   A.     I believe it's either $150 or $200 a month.
13   Q.     And explain to me what Frederick does.
14   A.     It's, like, a constant contact thing.  It asks
15   the customer if they provided, you know, their real
16   e-mail address because a lot of customers, you know,
17   don't want to provide their e-mail address.  It's a way
18   to connect with them so they can leave a review.  It's a
19   way to ask them if they want to make another
20   appointment, just open that line of communication from a
21   marketing standpoint but also just, you know, staying in
22   touch with our customers.
23          I think there are certain elements of it where,
24   on a monthly basis, it will send a reminder, like, "Hey,
25   have you come back in to Vida-Flo?  We would love to see
```

Case 1:19-cv-05192-LMM   Document 517-5   Filed 04/28/23   Page 4 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021                                Page 26

```
 1   you.  We have a special this month," that kind of thing.
 2   Q.       And I heard generally of what, I guess, is
 3   referred to as CRM software --
 4   A.       Yes.
 5   Q.       -- and is that -- would you call Frederick CRM
 6   software?
 7            I'm not sure if that's client relationships --
 8   A.       It definitely has some elements of it, yes.
 9   Q.       Okay.  So we've got the website, the payroll
10   system, the electronic medical records, the point of
11   sale, and you said scheduling software.
12            What is the scheduling software?
13   A.       It's called Deputy.
14   Q.       And is that proprietary software?
15   A.       No.
16   Q.       Anyone could get a subscription to Deputy?
17   A.       Yes.
18   Q.       And is that for scheduling staff or for
19   scheduling appointments?
20   A.       Scheduling staff.
21   Q.       Staff scheduling.  Okay.
22   A.       Scheduling appointments would be Booker.
23   Q.       And the e-mail system is also part of your
24   technology fee?
25   A.       Yes, that is part of the website.
```

Case 1:19-cv-05192-LMM Document 547-5 Filed 04/30/23 Page 5 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021                                  Page 300

1   This is important."  And below that, it says,
2   "screenshot."
3   A.      Okay.  Yes.  Okay.
4   Q.      So would it be your understanding that this
5   screenshot is embedded into an e-mail string?
6   A.      It appears to be.
7   Q.      And, again, we are looking at Exhibit 49, and
8   for the record, this begins with Bates number AL 0211,
9   correct?
10  A.      Yes.
11  Q.      So if we can agree that this is an e-mail
12  string, generally, I tend to read those from the bottom
13  up.
14          Do you agree that generally, e-mail strings, the
15  older dates are on the bottom?
16  A.      Yes.
17  Q.      Okay.  So if you look at page 2, at the very
18  bottom -- and there is the Bates number AL 0212 --
19  A.      Yes.
20  Q.      -- that's an e-mail, and it's from Vida-Flo
21  Birmingham, and the date on it is January 11th.
22          On that date, which was ten days after the
23  recision letter, would you believe that you were writing
24  this for Vida-Flo Birmingham or that someone associated
25  with the Birmingham franchise would be writing this?

Case 1:19-cv-05162-LMM Document 547-5 Filed 04/30/23 Page 6 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021               Page 301

```
 1   A.      Wait.  What are you -- writing what?
 2   Q.      Everything that is below.
 3           Do you see, it says, "information regarding our
 4   Vestavia Hills location"?
 5   A.      Yes.
 6   Q.      Is it you that wrote what comes below?  Or was
 7   it the actual franchise?
 8   A.      It was Corporate.
 9   Q.      Corporate.  Was it you or someone else with
10   Corporate?
11   A.      I believe it was a group effort with our
12   attorneys.
13   Q.      Okay.  But when it was sent from Vida-Flo
14   Birmingham, that was not from the Vida-Flo Alabama
15   franchise?  That was from Corporate?
16   A.      Correct.
17   Q.      Okay.  After that, what does the
18   noreply@hirefrederick.com mean?
19   A.      Where do you see that?
20   Q.      So look where it says "from Vida-Flo
21   Birmingham," and then inside little carets, I guess, it
22   says, "no reply."
23           Do you see that?
24   A.      Yes.
25   Q.      Do you know what that is?
```

Case 1:19-cv-05192-LMM   Document 547-5   Filed 04/30/23   Page 7 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021                                    Page 302

```
 1   A.      I am not sure, honestly.
 2   Q.      Okay.  That does not mean anything to you out of
 3   Frederick?
 4   A.      I mean, it appears to be that we sent it as an
 5   e-mail to the Vestavia customers through the Frederick
 6   system.
 7   Q.      Okay.  So if you used the Frederick system --
 8   you referred to that before as kind of a CRM system,
 9   right?
10   A.      Yes.
11   Q.      Okay.  Or maybe I referred to it as a CRM
12   system, and you agreed, to be more accurate, correct?
13   A.      Yeah, I mean, I don't know that it's necessarily
14   the strict definition of a CRM, but it's more -- but,
15   yes, customer relationship management.  This was more
16   defined or more narrow with just -- with regard to
17   marketing.
18   Q.      Okay.  So -- but seeing that
19   noreply@hirefrederick.com, does that suggest to you that
20   this was intended as some sort of a broad e-mail blast?
21   A.      Yes.
22   Q.      Okay.  So it was not directed necessarily to an
23   individual; this was to a group of people?
24   A.      Correct.
25   Q.      Okay.  Was this intended to go to all of the
```

Case 1:19-cv-05192-LMM Document 547-5 Filed 04/30/23 Page 8 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021                                    Page 303

 1   patients who had been at the Vida-Flo Alabama franchise
 2   location?
 3   A.      It was intended to go to the people -- to the
 4   Vida-Flo Vestavia members and customers.
 5   Q.      Okay.  So you are looking below, where it says,
 6   "January 11, 2019," correct?
 7   A.      Yep.
 8   Q.      Okay.  And it says, "to the Vida-Flo Vestavia
 9   members and customers," and then it says, "Due to
10   repeated bad business practices, the lack of attention
11   to the Vida-Flo core values, and a blatant disregard for
12   the mission of the business, we have been forced to
13   sever all ties with the location at" -- and then it
14   gives "796 Montgomery Highway, Suite 100, Vestavia
15   Hills," and then it keeps going down, "Contrary to the
16   untrue messaging and misinformation being pronounced by
17   the ownership group, Vida-Flo Corporate has never had
18   access to or received any funds pertaining to the
19   memberships."
20           And I am going to ignore the rest of that
21   paragraph.  And it says, "The proprietors of this
22   location are," and then it has Michael Gayle, and it has
23   "mwgayle@gmail.com."
24           Is that your understanding that that was
25   Mr. Gayle's personal e-mail address?

Case 1:19-cv-05192-LMM Document 517-5 Filed 04/30/23 Page 9 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021                                Page 304

```
 1   A.      Yes.
 2   Q.      And then it has "(205) 529-3584."
 3           Is that your understanding that that was
 4   Mr. Gayle's personal phone number?
 5   A.      Yes.
 6   Q.      Did you think that it was proper to give all the
 7   customers his personal e-mail and phone number?
 8   A.      Yes.
 9   Q.      Why?
10   A.      Because if they had an issue with anything that
11   was going on, that was the only way I knew how to get in
12   touch with him.
13   Q.      So I guess you are saying that it would not
14   trouble you at all if, in response, Mr. Gayle gave each
15   and every member of the former Birmingham location your
16   personal phone number?
17   A.      I believe he did give a lot of their members and
18   customers my number when -- as, you know, is
19   memorialized here, he was claiming that we were in some
20   way taking membership dollars, dues from his customers,
21   which we never did.
22           So when he was under that misconception, he was
23   giving them my personal information.
24   Q.      And did he do that on a broad basis like this?
25   A.      I have no way of knowing.
```

Case 1:19-cv-05192-LMM   Document 517-5   Filed 04/28/23   Page 10 of 10

Hydration Station USA Franchise Sys., et al. vs Jared Christian Seaverns, et al.
Keith McDermott, Volume 2 on 10/14/2021                                Page 305

```
 1   Q.      Okay.  Would you expect someone to do something
 2   like that with your personal phone number?
 3   A.      I would not be surprised with these people.
 4   Q.      Well, that is not -- okay.  Would you -- would
 5   you believe it would be professional for them to do
 6   that?
 7           And I guess why I am asking is the way you said
 8   "With these people, I would expect it," it sounds like
 9   you really don't think that that is a good thing to do?
10   A.      No, I -- that's -- how many different questions
11   are you asking?
12   Q.      I am asking:  Would you believe it to be
13   professional for a franchisee to blast your personal
14   phone number through an e-mail?
15   A.      I believe it's appropriate for me to provide
16   contact information, as much contact information as I
17   knew to -- for them to be able to contact the people
18   that were perpetrating these untruths, what I perceived
19   to be an untruth, and I did not know -- I mean, we
20   assumed they changed the name, assumed they changed the
21   phone number, knew they did not have their e-mail
22   address.  So we had to provide something.
23   Q.      Okay.  And if you go down to the bottom
24   paragraph, it says, "As you can imagine, these are the
25   types of practices that forced us to protect the
```